JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID GRAY,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br>　　　　Defendant. | NO. CV 17-7679-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: January 29, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE